IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ULTRATECH, INC., d/b/a<br>ULTRATECH/CAMBRIDGE NANOTECH,<br><br>Plaintiff,<br><br>v.<br><br>ENSURE NANOTECH (BEIJING), INC.,<br>ENSURE NANOTECH LLC, d/b/a<br>ENSURE SCIENTIFIC GROUP LLC, and<br>DONGJUN WANG,<br><br>Defendants.<br>                                                                  / | No. C 14-05361 WHA<br><br>**ORDER RE STIPULATION RE<br>MOTION TO DISMISS** |

Plaintiff's opposition to defendants' pending motion to dismiss is due by March 23. Now, the parties have filed a stipulation representing that plaintiff intends to file a first amended complaint which would "moot" the pending motion to dismiss (Dkt. No. 36). Plaintiff's first amended complaint (or any opposition to defendants' motion) must be filed by **MARCH 27 AT NOON**.

**IT IS SO ORDERED.**

Dated: March 23, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE