United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ULTRATECH, INC., d/b/a ULTRATECH / CAMBRIDGE NANOTECH,<br><br>Plaintiff,<br><br>v.<br><br>ENSURE NANOTECH (BEIJING), INC.; ENSURE NANOTECH LLC, d/b/a ENSURE SCIENTIFIC GROUP LLC; and DONGJUN WANG,<br><br>Defendants. | No. C 14-05361 WHA<br><br>**ORDER DENYING AS MOOT MOTION TO DISMISS AND VACATING HEARING** |

On March 23, the parties filed a stipulation stating that if plaintiff filed a first amended complaint, defendants' motion to dismiss would be rendered moot. Now, plaintiff has filed a first amended complaint (Dkt. No. 41). Accordingly, defendants' motion is dismiss is hereby **DENIED AS MOOT**. The April 30 hearing is hereby **VACATED**.

**IT IS SO ORDERED.**

Dated: March 27, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE