**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ULTRATECH, INC. D/B/A
ULTRATECH/CAMBRIDGE
NANOTECH,

    Plaintiff,

  v.

ENSURE NANOTECH (BEIJING), INC.,
ENSURE NANOTECH LLC D/B/A
ENSURE SCIENTIFIC GROUP LLC, and
DONGJUN WANG,

    Defendants.
                                    /

No. C 14-05361 WHA

**ORDER SEEKING CLARIFICATION ON CAMBRIDGE NANOTECH**

By **TOMORROW, JUNE 2, 2015 AT NOON**, both sides shall state the extent to which Cambridge Nanotech, Inc. is still in existence, even if a shell corporation, the extent to which it continues to own any assets or conduct any operations related to the sales-agency agreement between Cambridge Nanotech and Start Science (Beijing) Co., Ltd., and the locations of its facilities as of December 5, 2014.

**IT IS SO ORDERED.**

Dated: June 1, 2015.

                                          WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE