IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ULTRATECH, INC. D/B/A ULTRATECH/CAMBRIDGE NANOTECH,<br><br>    Plaintiff,<br><br>  v.<br><br>ENSURE NANOTECH (BEIJING), INC., ENSURE NANOTECH LLC D/B/A ENSURE SCIENTIFIC GROUP LLC, and DONGJUN WANG,<br><br>    Defendants. | No. C 14-05361 WHA<br><br>**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO FILE UNDER SEAL** |

There is a strong presumption in favor of access to court records. *Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006).

On June 1, the Court ordered the parties to submit information clarifying the details of the acquisition of Cambridge NanoTech, Inc., by Ultratech, Inc. On June 2, Ultratech responded and attached the purchase and sale agreement related to that transaction as exhibit B, which Ultratech had produced to defendants and designated "Highly Confidential - Attorneys' Eyes Only," pursuant to the protective order operative in this case. Ultratech now moves to file exhibit B under seal in its entirety. Ultratech argues that disclosure of exhibit B could cause it harm because it discusses information that could reveal details of Ultratech's operations and investments relating to its atomic-layer deposition systems business, however, portions of exhibit B are highly relevant to Dongjun Wang's motion to dismiss for lack of personal jurisdiction.

Without prejudice as to whether any portion of this document may be filed under seal if submitted in support of a future motion and recognizing the ad hoc nature of Ultratech's

submission, this order finds Ultratech may file exhibit B under seal subject to the following limitations:

- On the page Bates stamped ULTRATECH0001119, the title, the three paragraphs of the preamble, and the section with the heading "1. Sale and Purchase" shall remain unredacted.

- On the page Bates stamped ULTRATECH0001146, the title, the three paragraphs of the preamble, and the three lines before the numbered sections begin shall remain unredacted.

- On the page Bates stamped ULTRATECH0001152, the title, the date, the two paragraphs of the preamble, and the line before the numbered paragraphs begin shall remain unredacted.

- The pages Bates stamped ULTRATECH0001133, 43, 45, 51 and 56 shall remain unredacted in their entirety.

- On the page Bates stamped ULTRATECH0001144, only the American Banking Association number and the account number referenced may be redacted.

- On the pages Bates stamped ULTRATECH0001136 and 59, the heading row of the spreadsheet and the entire row relating to U.S. Patent No. 8,202,575 shall remain unredacted.

- On the pages Bates stamped ULTRATECH0001141 and 64, the heading row of the spreadsheet and the rows relating to the Cambridge NanoTech Incorporated and Cambridge NanoTech trademarks shall remain unredacted.

Good cause shown, Ultratech's sealing motion is **GRANTED IN PART AND DENIED IN PART**.

**IT IS SO ORDERED.**

Dated:   June 5, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE