1

2

3

4

5

6            IN THE UNITED STATES DISTRICT COURT

7

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   ULTRATECH, INC., D/B/A
     ULTRATECH/CAMBRIDGE
     NANOTECH,

11                                                       No. C 14-05361 WHA

12            Plaintiff,

13      v.
                                                         **ORDER EXTENDING
14   ENSURE NANOTECH (BEIJING), INC.,                    DEADLINE FOR CLAIM
     ENSURE NANOTECH LLC D/B/A                           CONSTRUCTION BRIEFING**
15   ENSURE SCIENTIFIC GROUP, LLC, and
     DONGJUN WANG,

16            Defendants.

17   _____/

18        The parties have filed a stipulation seeking one week extensions on the deadlines for

19   plaintiff's opening claim construction brief and defendants' proposed amended invalidity

20   contentions so as to give them additional time for settlement discussions following a recent

21   settlement conference before Judge Grewal.  Good cause shown, the deadline for plaintiff's

22   opening claim construction brief is extended to **SEPTEMBER 3** and defendants shall serve their

23   proposed amended invalidity contentions by **AUGUST 28**.  The parties are warned, however, that

24   they will not be permitted to rely on this order as the basis for future extensions.

25

26        **IT IS SO ORDERED.**

27

28   Dated:   August 24, 2015.

                                          _____
                                          WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California