IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ULTRATECH, INC., D/B/A
ULTRATECH/CAMBRIDGE
NANOTECH,

    Plaintiff,

  v.

ENSURE NANOTECH (BEIJING), INC.,
ENSURE NANOTECH LLC D/B/A
ENSURE SCIENTIFIC GROUP, LLC, and
DONGJUN WANG,

    Defendants.

                                         /

No. C 14-05361 WHA

**ORDER FURTHER
EXTENDING DEADLINE
FOR CLAIM CONSTRUCTION
BRIEFING AND INVALIDITY
CONTENTIONS**

      The parties have filed a second stipulation seeking one week extensions on the deadlines for plaintiff's opening claim construction brief and defendants' proposed amended invalidity contentions so as to give them additional time for settlement discussions following a recent settlement conference and a follow-up conference call before Judge Grewal. Good cause shown, the deadline for plaintiff's opening claim construction brief is extended to **SEPTEMBER 10** and defendants shall serve their proposed amended invalidity contentions by **SEPTEMBER 4**. The Court also asks that, when possible, the parties seek to file future requests for extensions further in advance of the deadlines sought to be extended.

      **IT IS SO ORDERED.**

Dated: August 28, 2015.

                                                  WILLIAM ALSUP
                                                  UNITED STATES DISTRICT JUDGE