IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ULTRATECH, INC., D/B/A<br>ULTRATECH/CAMBRIDGE<br>NANOTECH,<br><br>    Plaintiff,<br><br>  v.<br><br>ENSURE NANOTECH (BEIJING), INC.,<br>ENSURE NANOTECH LLC D/B/A<br>ENSURE SCIENTIFIC GROUP, LLC, and<br>DONGJUN WANG,<br><br>    Defendants.<br>                                              / | No. C 14-05361 WHA<br><br>**ORDER FURTHER<br>EXTENDING DEADLINE<br>FOR CLAIM CONSTRUCTION<br>BRIEFING AND INVALIDITY<br>CONTENTIONS** |

The parties have filed a stipulation seeking a third set of one week extensions on the deadlines for plaintiff's opening claim construction brief and defendants' proposed amended invalidity contentions so as to give them additional time for settlement discussions following a recent settlement conference and a follow-up conference call before Judge Grewal. Good cause shown, the deadline for plaintiff's opening claim construction brief is extended to **SEPTEMBER 17**, and defendants shall serve their proposed amended invalidity contentions by **SEPTEMBER 11**.

**IT IS SO ORDERED.**

Dated: September 4, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE