IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ULTRATECH, INC., d/b/a
Ultratech/Cambridge Nanotech,

    Plaintiff,

  v.

ENSURE NANOTECH (BEIJING), INC.,
ENSURE NANOTECH LLC d/b/a Ensure
Scientific Group, LLC, and DONGJUN
WANG,

    Defendants.

No. C 14-05361 WHA

**ORDER RE EXTENSION OF CLAIM CONSTRUCTION BRIEFING AND INVALIDITY CONTENTIONS**

The parties filed a notice that they have reached a settlement in principle. The Court has already granted several one-week extensions of the deadlines for claim construction briefing and amendments to invalidity contentions. The parties now request a 45-day continuance of those deadlines so that they may finalize their settlement agreement and jointly execute a dismissal with prejudice. The parties' request is hereby **GRANTED**. The deadline to serve amended invalidity contentions is **OCTOBER 26**, and the deadline for opening claim construction briefs is **NOVEMBER 1**. All other deadlines remain in place.

**IT IS SO ORDERED.**

Dated: September 15, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE