IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ULTRATECH, INC., d/b/a ULTRATECH/
CAMBRIDGE NANOTECH,

    Plaintiff,

  v.

ENSURE NANOTECH (BEIJING), INC.,
ENSURE NANOTECH LLC, D/B/A
ENSURE SCIENTIFIC GROUP, LLC, and
DONGJUN WANG,

    Defendants.

No. C 14-05361 WHA

**ORDER RE NOTICE OF SETTLEMENT**

The Court is fully aware that there is a "settlement in principle" in this matter and that certain deadlines have been extended. *However, please note that until a dismissal is filed, all other deadlines and hearings remain active and on calendar.*

**IT IS SO ORDERED.**

Dated: October 22, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE