United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ULTRATECH, INC., d/b/a ULTRATECH/
CAMBRIDGE NANOTECH,

    Plaintiff,

  v.

ENSURE NANOTECH (BEIJING), INC.,
ENSURE NANOTECH LLC, D/B/A
ENSURE SCIENTIFIC GROUP, LLC, and
DONGJUN WANG,

    Defendants.
                                        /

No. C 14-05361 WHA

**ORDER GRANTING EXTENSION**

      The parties have filed a stipulation extending the deadlines for plaintiff's opening claim construction brief and the service of invalidity contentions by two weeks. This is the fifth extension the parties have sought on these deadlines. Good cause shown plaintiff's claim construction brief is due on **NOVEMBER 9**, and defendants' shall serve their invalidity by **NOVEMBER 16**. No further extensions of these deadlines shall be granted, and all other deadlines shall remain in place.

      **IT IS SO ORDERED.**

Dated: October 30, 2015.

                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE